```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ETAN ZAITSU
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7

 8  Attorney for Defendant
    MARIA DEJESUS
 9

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,    )  No. 2:10-cr-0466 KJN
                                 )
16           Plaintiff,          )
                                 )  STIPULATION AND ORDER TO VACATE
17      v.                       )  AND CONTINUE THE CONFIRMATION
                                 )  HEARING AND TRIAL
18  MARIA DEJESUS,               )
                                 )
19           Defendant.          )  Date:  January 18, 2011
                                 )  Time:  9:00 a.m.
20  _____)  Judge: Hon. KENDALL J. NEWMAN

21
```

     The United States of America, by and through its counsel Matthew Stegman, Assistant United States Attorney, together with defendant, Maria DeJesus, by and through his counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the Trial Confirmation Hearing set for December 29, 2010 at 2:00 p.m. and the Jury Trial set for January 18, 2011 at 9:00 a.m., and continue the proceedings to the following dates:

```
 1  Trial confirmation hearing:    January 12, 2011 at 9:00 a.m.
 2  Jury trial date:               January 31, 2011 at 9:00 a.m.
 3
 4       Continuance is requested because more preparation time is needed
 5  by the defense to negotiate a resolution. The parties further agree
 6  that time should be excluded from the date of this Order until the Jury
 7  Trial which is set for January 31, 2011, pursuant to 18 U.S.C. Section
 8  § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The
 9  interest of justice served by granting this continuance outweighs the
10  best interest of the public and the defendant in a speedy trial. 18
11  U.S.C. § 3161(h)(7)(A).
12
13  Dated:  December 27, 2010      Respectfully submitted,
14                                 DANIEL J. BRODERICK
                                   Federal Defender
15
16                                 /s/ Linda C. Harter
                                   LINDA C. HARTER
17                                 Chief Assistant Federal Defender
                                   Attorney for Defendant
18                                 MARIA DEJESUS
19
20  Dated: December 27, 2010       BENJAMIN B. WAGNER
                                   United States Attorney
21
22                                 /s/  David Stevens for
                                   MATTHEW C. STEGMAN
23                                 Assistant U.S. Attorney
24
                                 ORDER
25
    IT IS SO ORDERED.
26
27  Dated: December 27, 2010       /s/ Kendall J. Newman
                                   HON. KENDALL J. NEWMAN
28                                 United States Magistrate Judge
```